1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL SCOTT ARCELUS,              1:15-cv-01796 MJS (PC)

12                Plaintiff,
                                         ORDER TRANSFERRING CASE TO THE
13      v.                               NORTHERN DISTRICT OF CALIFORNIA

14   WANDA KILLION, et al.,

15                Defendant.

16

17

18         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983.

           The federal venue statute requires that a civil action, other than one based on diversity
20
     jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
21
     defendants reside in the same state, (2) a judicial district in which a substantial part of the events
22
     or omissions giving rise to the claim occurred, or a substantial part of the property that is the
23
     subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
24
     there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
25
           In this case, none of the defendants reside in this district.  The claim arose in Napa
26
     County, which is in the Northern District of California.  Therefore, plaintiff's claim should have
27
     been filed in the United States District Court for the Northern District of California.  In the
28
                                             1

1 interest of justice, a federal court may transfer a complaint filed in the wrong district to the
2 correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
3 1974).

4       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
5 States District Court for the Northern District of California.

6
7 IT IS SO ORDERED.

8    Dated:   December 8, 2015            /s/ *Michael J. Seng*
9                                 UNITED STATES MAGISTRATE JUDGE