UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT ARCELUS,

    Plaintiff,

    v.

WANDA KILLION, et al.,

    Defendants.

Case No. 15-cv-05719-JD

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a detainee being held at Napa State Hospital. The Court dismissed the complaint with leave to amend after discussing its deficiencies. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for the reasons set forth in the Court's prior screening order.

**IT IS SO ORDERED.**

Dated: March 17, 2016

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  MICHAEL SCOTT ARCELUS,                     Case No. 15-cv-05719-JD
5           Plaintiff,
6       v.                                    **CERTIFICATE OF SERVICE**
7  WANDA KILLION, et al.,
8           Defendants.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Scott Arcelus ID: N.A. 2118214
Napa State Hospital
2100 Napa Vallejo Hwy
Napa, CA 94558-6293


Dated: March 17, 2016

Susan Y. Soong
Clerk, United States District Court


By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2